NO. 07-02-0103-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 30, 2002

______________________________

MR AND MRS. CARL KENNEDY; BOONE PICKENS;

QUIXX WRR, L.P., A TEXAS LIMITED PARTNERSHIP, ET AL., APPELLANTS

V.

CANADIAN RIVER MUNICIPAL WATER AUTHORITY, APPELLEE

_________________________________

FROM THE 31
ST
 DISTRICT COURT OF ROBERTS COUNTY;

NO. 1810; HONORABLE STEVEN EMMERT, JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

On May 23, 2002, the appellants filed a  Motion to Dismiss Appeal averring that they have settled their claims and no longer wish to pursue the appeal and that the appeal should be dismissed.

Without passing on the merits of the case, the appellants’  Motion to Dismiss Appeal is granted and the appeal is hereby dismissed.  Tex. R. App. P. 42.1(a)(1).  No order pertaining to costs is hereby made as all costs have been paid.  Having dismissed the appeal at the appellants’ request and because the appellee is not opposed to such a request,  no motion for rehearing will be entertained and our mandate will issue forthwith. 

Phil Johnson

    Justice

Do not publish.